

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes the order of the court.
Signed August 15, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 09-43707 WJL

**LOUIS KAO and**                       Chapter 13
**RUBY SALCEDO KAO**,
                                        <u>ORDER AVOIDING LIEN</u>
                Debtors.
_____/

    The above named debtors having filed a Motion to Avoid Lien July 10, 2013, and there being no objections thereto and it appearing that the lien impairs debtor's exemption and good cause appearing therefor:

    **IT IS ORDERED** that the default of Platinum Engineering Solution, Inc. is entered and the lien of Platinum Engineering Solution, Inc. which was recorded on January 26, 2007 in Contra Costa County Recorder's Office as document 20070026422 is null and void.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer or Managing Agent
Platinum Engineering Solution, Inc.
2061 E. Fox Glenn Drive
Fresno, CA 93720

Attn: Naser Salem
Platinum Engineering Solution, Inc.
2061 E. Fox Glenn Drive
Fresno, CA 93720